**Gerald C. BUSHROE, Plaintiff–Appellant,**

v.

**FORD MOTOR COMPANY, INC., Defendant–Appellee.**

No. 08–13010.

United States Court of Appeals, Eleventh Circuit.

Feb. 17, 2009.

cance. *Id.* at 10, 12–13.

Jeffrey W. Duncan, Brian Linkowski, Law Offices of J.W. Duncan, P.C., Tallapoosa, GA, for Plaintiff–Appellant.

Lisa Combs Jern, Sutherland, Amy K. Averill, Asbill & Brennan, Atlanta, GA, for Defendant–Appellee.

Before BIRCH, HULL and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court concludes that there are genuine issues of material fact as to whether the Plaintiff–Appellant Gerald C. Bushroe gave sufficient notice to Defendant–Appellee Ford Motor Company, Inc. to make it aware that his absence from work was due to a potentially qualifying reason under the Family and Medical Leave Act ("FMLA"). *See Cruz v. Publix Super Mkts., Inc.,* 428 F.3d 1379, 1382 (11th Cir. 2005) (" '[W]here an employee's need for FMLA leave is unforeseeable, the employee need only provide her employer with notice sufficient to make the employer aware that her absence is due to a *potentially FMLA-qualifying reason.*' " (quoting *Gay v. Gilman Paper Co.,* 125 F.3d 1432, 1436 (11th Cir.1997))); 29 C.F.R. § 825.302(c) ("An employee shall provide at least verbal notice sufficient to make the employer aware that the employee needs FMLA-qualifying leave, and the anticipated timing and duration of the leave."). Accordingly, we reverse the district court's order granting summary judgment in favor of Defendant–Appellee Ford Motor Company, Inc. and remand for further proceedings consistent with this opinion.

**REVERSED AND REMANDED.**